United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MIGUEL ALVARADO<br><br>*Plaintiff,*<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security JOSEPH B. EDLOW, Director of the U.S. Citizenship and Immigration Services; LESLIE BRITTEN, Director of the U.S. Citizenship and Immigration Services National Benefits Center, Lee's Summit, MO,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:26-cv-4142 |

**ORDER**

The Plaintiff's request for voluntary dismissal is hereby GRANTED.

Signed on Aug 18, 2026.

[signature]
The Hon. David Hittner
U.S. District Court Judge